### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARY A. LUCAS, | ) |
|     Plaintiff, | ) |
| vs. | ) Case No. 15-cv-01199-JPG-DGW |
| JPMC SPECIALTY MORTGAGE, LLC, | ) |
|     Defendant. | ) |

### JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed without prejudice and without cost against Defendant JPMC Specialty Mortgage, LLC.

**DATED:** 10/29/2015

                                                        **Justine Flanagan**
                                                        **Acting Clerk of Court**


                                                         **s/Reid Hermann**
                                                           Deputy Clerk


**Approved:**    *s/J. Phil Gilbert*
                        **J. PHIL GILBERT**
                        **DISTRICT JUDGE**